IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| CHARLES E LUCKENBILL, | ) NO.: 18-07009 |
| PATRICIA A LUCKENBILL, | ) |
| | ) CHAPTER 13 |
| Debtors, | ) |
| | ) JUDGE: PAMELA S. HOLLIS |
| | ) |
| | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby states his/her appearance on the within captioned matter on behalf of Federal National Mortgage Association ("Fannie Mae") and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to him/her at the following address:

/s/ Dana  O'Brien
Dana  O'Brien
ARDC # 6256415
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

Dated: May 17, 2018