UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Charles E Luckenbill and Patricia A Luckenbill<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-07009<br>(Jointly Administered)<br>Chapter:  13<br>Honorable Pamela S. Hollis<br>Joliet |

**ORDER AUTHORIZING THE DEBTORS TO USE SELL OR LEASE 363(b) FOR THE PURPOSES OF A SHORT SALE**

THIS MATTER coming to be heard on the Motion to Use Sell or Lease 363(b) for the purposes of a Short Sale, the Court having jurisdiction, with dues notice having been given to all parties in interest, the Court Orders as follows:

1. The Debtor's are authorized to enter into the short sale agreement for the property located at 2552 River Woods Dr., Naperville, IL 60565.

2. The lien with Bayview Financial Loan shall be paid in full, unless otherwise agreed upon by Bayview Financial Loan.

3. Bayview Financial Loan is in no way compelled to accept a short sale under this order.

4. The HUD1 from the short sale shall be provided to the Trustee's office along with any non-exempted proceeds.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 10, 2018

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600