# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: § § § **CHARLES E. LUCKENBILL** § **PATRICIA A. LUCKENBILL** § **DEBTORS** § | **CASE NO. 18-07009** |

## NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| **JPMorgan Chase Bank, N.A.** | **9-1** | **xxxx5017** |
|---|---|---|
| Creditor Name | Court Claim # | Last Four Digits of Acct.# |

**Name and Address where notices should be sent:**
JPMorgan Chase Bank, N.A.
700 Kansas Ln, Mail Code LA4-5555
Monroe, Louisiana 71203
Phone: (866) 289-2717

**Name and Address where payments should be sent:**
Chase
ATTN: HE Payment Processing, Mail Code OH4-7164
3415 Vision Drive
Columbus, Ohio 43219-6009
Phone: (866) 289-2717

Dated: 09/07/2018

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Paul W. Cervenka
Paul W. Cervenka
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before September 13, 2018 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Charles E. Luckenbill
2552 River Woods Drive
Naperville, IL 60565-6321

**Co-Debtor**     *Via U.S. Mail*
Patricia A. Luckenbill
2552 River Woods Drive
Naperville, IL 60565-6321

**Debtors' Attorney**
David H. Cutler
4131 MAIN ST
SKOKIE, IL 60076-2780

**Chapter 13 Trustee**
Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532

/s/ Paul W. Cervenka
Paul W. Cervenka