**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Charles E Luckenbill<br>Patricia A Luckenbill<br><br>Debtors | )<br>)<br>)<br>)<br>) | Case no. 18-07009<br><br>Chapter 13<br><br>Judge: Lashonda A. Hunt |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Charles E Luckenbill
Patricia A Luckenbill
50310 Peninsula Rd Barnes
Solon Spring, WI  54873

David Cutler
4131 Main St
Skokie, IL 60076

Please take notice that on Friday, August 14, 2020 at 10:00 am, a representative of this office shall appear before the Honorable Judge Lashonda A. Hunt and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**This motion will be presented and heard telephonically** .  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must set up and use an account with **Court Solutions, LLC.**  You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Tuesday, July 21, 2020.

/s/ Louise Karmia
_____
For:  Glenn Stearns, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Charles E Luckenbill | ) | Case no. 18-07009 |
| Patricia A Luckenbill | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Judge:  Lashonda A. Hunt |
| | ) | |

**MOTION TO DISMISS FOR UNFEASIBILITY**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests the dismissal of the above referenced case pursuant to 11 U.S.C §1307(c) and Bankruptcy Rule 3015 and in support thereof, states the following:

1. On March 12, 2018, the debtors filed a petition under Chapter 13.
2. On May 18, 2018, the Plan was confirmed for 60 months with payments of $1,100.00 per month for a base total of $76,360.00.
3. Section 5.1 of the confirmed plan requires the unsecured creditors to receive a dividend of 38%.  Due to a timely filed unsecured claim for $111,539.59, the case will not pay 38% to the unsecured creditor within 60 months.
4. Due to the claim filings, the plan is no longer feasible to complete in contravention of the maximum 60 month period under §1322.

WHEREFORE, the Trustee prays that this case be dismissed pursuant to Section 1307 (c) and for other and further relief, as this court deems proper.

Respectfully Submitted;

/s/  Gerald Mylander

Glenn Stearns, Trustee                                    For:  Glenn Stearns, Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888